Thomas A. McLAUGHLIN, Appellant,

v.

OKLAHOMA SOUTHERN TRANS-
PORT, INC. and Douglas Lee
McSparen, Respondents.

No. WD 65430.

Missouri Court of Appeals,
Western District.

March 21, 2006.

Randolph M. Hammock, Canoga Park,
CA, for Appellant.

Tracy M. Vetter, Kansas City, MO, for
Respondent.

Before: EDWIN H. SMITH, C.J.,
THOMAS H. NEWTON, and RONALD
R. HOLLIGER, JJ.

### ORDER

PER CURIAM.

Mr. Thomas A. McLaughlin appeals the
circuit court's rulings on a motion to
amend the petition and a motion *in limine*
to exclude a videotape deposition.

For the reasons set forth in the memo-
randum provided to the parties, we affirm.
Rule 84.16(b).

Kenneth RAY, Appellant,

v.

HP MANAGEMENT INC. d/b/a Nashua
General Store, Respondent.

No. WD 65488.

Missouri Court of Appeals,
Western District.

March 21, 2006.

Larry D. Coleman, Raytown, MO, for
Appellant.

Stephanie G. Hazelton, Kansas City,
MO, for Respondent.

Before JAMES M. SMART, P.J.,
ROBERT G. ULRICH and LISA WHITE
HARDWICK, JJ.

### ORDER

PER CURIAM.

Reverend Kenneth Ray appeals the
judgment, following trial to the court, find-
ing in favor of H.P. Management, Inc. on
Reverend Ray's claims of unjust enrich-
ment and conversion. In his sole point on
appeal, Reverend Ray claims the trial
court misapplied the law and entered judg-
ment against the weight of the evidence
with respect to his two claims. Reverend
Ray's point is denied, and the judgment is
affirmed. Rule 84.16(b).